IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-101-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JERARD DAVID THREEFINGERS, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Extend Filing Deadline (Doc. 22) for a response to the defendant's motion in limine, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion to extend the filing deadline is **GRANTED**. The United States shall file their response to the Defendant's Motion in Limine on or before **December 23, 2020.**

The clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of December, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1