IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERARD DAVID THREEFINGERS,<br><br>Defendant. | CR 20-101-BLG-SPW<br><br>ORDER |

Before the Court is Defendant Threefingers's motion in limine to prevent the government from introducing preliminary breath test (PBT) results in this case. (Doc. 21). The government, in its response, agreed that it will not use PBT results in its case-in-chief and stated that it would only seek to introduce PBT results for cross-examination purposes if Defendant elects to testify. (Doc. 24 at 2). The government indicated that if the issue arises at trial, it will raise the issue with the Court prior to proceeding. (Doc. 24 at 2). Defendant did not file a reply.

Accordingly,

IT IS ORDERED that Defendant's motion in limine to exclude PBT results (Doc. 21) is GRANTED.

1

DATED this 25th day of January, 2021.

_____
SUSAN P. WATTERS
United States District Judge