IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERARD DAVID THREEFINGERS,<br><br>Defendant. | Case No. CR-20-101-BLG-SPW<br><br><br>ORDER ALLOWING FILING<br>UNDER SEAL |

Upon the Defendant's Unopposed Motion to File Under Seal (Doc. 47), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion to File Under Seal is **GRANTED**. The CD Exhibit A should be filed under seal to be viewed only by the Court, Assistant United States Attorney, and defense counsel.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 7th day of September, 2021.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE