IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERARD DAVID THREEFINGERS,<br><br>Defendant. | CR 20-101-BLG-SPW<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that all parties in the trial of the above-matter, including counsel, jurors, court staff and spectators shall be required to wear a mask upon entering the James F. Battin U.S. Courthouse through the voir dire process, which is set to begin on Monday, December 13, 2021 at 9:00 a.m.

The Clerk of Court is directed to notify counsel and the Court Security Officers of the making of this Order.

DATED this 10th day of December, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1