UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-101-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| JERARD DAVID THREEFINGERS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 13th day of December, 2021.

Honorable Susan P. Watters
United States District Judge