# UNITED STATES DISTRICT COURT

BILLINGS DIVISION  DISTRICT OF MONTANA

UNITED STATES OF AMERICA

V.

JERARD DAVID THREEFINGERS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   1:20-CR-101-BLG-SPW

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

SUSAN P. WATTERS,
U.S. DISTRICT COURT JUDGE
Name and Title of Judge

December 14, 2021
Date