

FILED

DEC 1 4 2021

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERARD DAVID THREEFINGERS,<br><br>Defendant. | CR 20-101-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JERARD DAVID THREEFINGERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 14th day of December, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1